DOCKET NO. 527

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ROCKWELL MODEL 60 SABRELINERS MODIFIED BY THE RAISBECK MARK V SYSTEM LITIGATION

ORDER DENYING TRANSFER*

This litigation consists of four actions pending in two federal districts: three in the Western District of Washington and one in the Southern District of Indiana. Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by defendant United States, for transfer of the action pending in the Southern District of Indiana to the Western District of Washington for coordinated or consolidated pretrial proceedings with the actions pending there.

On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Each of the four actions involves claims by plaintiffs that the Federal Aviation Administration (FAA) was negligent in inspecting, monitoring, and supervising the retrofitting of plaintiffs' various Sabreliner aircraft. Whatever common factual questions that may be present in these actions are not, in our view, so complex or the accompanying discovery so time-consuming as to warrant transfer. Moreover, discovery in the Indiana action is scheduled to be completed by April 30, 1983, and a trial date is set for June 13, 1983. See In re Royal Typewriter Co. (Royal Bond Copier) Breach of Warranty Litigation, 435 F. Supp. 925 (J.P.M.L. 1977).

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 to centralize the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

* Judge Fred Daugherty recused himself and took no part in the decision of this matter. In addition, Judge Edward S. Northrop took no part in the decision of this matter.

DOCKET NO. 527
Schedule A

Southern District of Indiana

Joseph E. Seagram & Sons, Inc. v. United States of America, C.A. No. IP82-900C

Western District of Washington

Guardian Industries Corp. v. United States of America, C.A. No. C82-557C

Natural Gas Pipeline Co. of America, et al. v. United States of America, C.A. No. C82-556R

Axel Rent, S.A. v. United States of America, C.A. No. C82-876M